## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**TIFFANY L. CHAVERS,** *et al.*,

      **Plaintiffs,**

**v.**

**COLUMBUS BOARD OF EDUCATION,** *et al.*,

      **Defendants.**

**Case No. 2:16-cv-643**

**Judge**

**Magistrate Judge**

## NOTICE OF REMOVAL

Defendants Columbus Board of Education, Gene Harris, James Daniel Good, John Stanford, and Stephen B. Tankovich, pursuant to 28 U.S.C. §§ 1441 and 1446, remove this action from the Court of Common Pleas, Franklin County, Ohio to the United States District Court for the Southern District of Ohio, Eastern Division. In support of removal, Defendants state as follows:

1. Plaintiffs Tiffany L. Chavers and Pamela B. Diggs filed this action on June 2, 2016, in the Court of Common Pleas, Franklin County, Ohio. The state court action is styled *Tiffany L. Chavers, et al. v. Columbus Board of Education, et al.*, Case No. 16 CV 005226. This is a civil action in which Plaintiffs assert a claim under 42 U.S.C. §§ 1983 and 1988 for denial of equal protection, as well as claims for civil conspiracy, respondeat superior, negligent hiring, intentional infliction of emotional distress, breach of contract, false light invasion of privacy, negligence, and fraudulent misrepresentation.

2.      Defendants Columbus Board of Education, Good, and Stanford were served with the Summons and Complaint in this action on June 9, 2016.  Defendants Harris and Tankovich were served with the Summons and Complaint in this action on June 10, 2016.  In compliance with 28 U.S.C. § 1446(a), attached are copies of the process, pleadings and orders served on the Defendants.  These represent all of the pleadings served on Defendants to date.

3.      This removal is timely under 28 U.S.C. §§ 1446(b)(2)(B) and 1446(b)(2)(C). Defendants are filing this Notice of Removal within 30 days of the date that the first Defendants were served  with process in this case, June 9, 2016.

4.      In accordance with 28 U.S.C. § 1446(b)(2), all properly joined and served Defendants in this action consent to removal.

5.      The United States District Court for the Southern District of Ohio, Eastern Division is the proper venue for removal under 28 U.S.C. § 1441(a) because the Southern District, Eastern Division encompasses Franklin County, pursuant to 28 U.S.C. § 115(b)(2).

6.      Jurisdiction in this case is proper in the United States District Court pursuant to 28 U.S.C. § 1331, based on the presence of a federal question.

7.      Removal under 28 U.S.C. § 1441 is appropriate when the Court would have original jurisdiction over the suit.  This suit is an action over which the Court would have original jurisdiction under the provisions of 28 U.S.C. § 1331.  It is, therefore, one that Defendants may remove to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

8.      The Court has original jurisdiction over all claims that arise under the Constitution, laws, or treaties of the United States.  28 U.S.C. § 1331.  A claim arises under the laws of the United States when it is clear from the face of the complaint that

the cause of action was created by federal law. *Mich. S. R.R. Co. v. Branch & St. Joseph Cntys. Rail Users Ass'n, Inc.*, 287 F.3d 568, 573 (6th Cir. 2002). Plaintiffs' "Seventh Claim for Relief" asserts a claim for the denial of equal protection rights, invoking 42 U.S.C. §§ 1983 and 1988. As a cause of action created by federal law, this Court has jurisdiction to hear the 42 U.S.C. § 1983 claim.

9. Under 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over state claims that arise from the same case or controversy as claims over which the Court has original jurisdiction. Claims arise from the same case or controversy when the claims are derived from a common nucleus of operative fact. *Blakely v. United States*, 276 F.3d 853, 861 (6th Cir. 2002) (quoting *Ahearn v. Charter Twp. of Bloomfield*, 100 F.3d 451, 454–55 (6th Cir. 1996)). All of Plaintiffs' claims stem from the same common nucleus of operative fact. This action is derived specifically from Plaintiffs' employment as principals with Columbus City Schools and subsequent termination from that employment. The Court, therefore, has subject matter jurisdiction over the entirety of this action.

10. Pursuant to 28 U.S.C. § 1446(d), written notice of this removal has been provided simultaneously to Plaintiffs' counsel and the Court of Common Pleas, Franklin County, Ohio.

11. No admission of fact, law or liability is intended by this Notice of Removal, and each Defendant expressly reserves all defenses, affirmative defenses, and motions otherwise available to it. Defendants further reserve the right to amend or supplement this Notice of Removal.

**WHEREFORE**, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants Columbus Board of Education, Gene Harris, James Daniel Good, John Stanford, and

3

Stephen Tankovich remove this action from the Court of Common Pleas, Franklin County, Ohio.

Dated:  July 5, 2016

/s/Bryan R. Faller
Kathleen M. Trafford  (0021753)
          Trial Attorney
Robert W. Trafford (0024447)
Bryan R. Faller (0072474)
W. Hunter West (0093445)
PORTER, WRIGHT, MORRIS & ARTHUR LLP
41 South High Street
Columbus, Ohio 43215-6194
(614) 227-2000 / fax: (614) 227-2100
ktrafford@porterwright.com
rtrafford@porterwright.com
bfaller@porterwright.com
hwest@porterwright.com

*Counsel for Defendants*
*Columbus Board of Education, James Daniel Good*
*and John Stanford*

/s/ Richard W. Ross
Richard W. Ross (0009363)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, Ohio 43215-4291
(614) 227-4873/ fax: (614) 227-2390
rross@bricker.com

*Counsel for Defendant Gene Harris*

/s/ John C. Albert
John C. Albert (0024164)
CRABBE, BROWN & JAMES LLP
500 South Front St., Ste. 1200
Columbus, Ohio 43215
(614) 229-4528 / fax: (614) 229-4559
jalbert@cbjlaw.com

*Counsel for Defendant Stephen B. Tankovich*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing Notice of Removal was served on the following counsel of record by first class U.S. Mail, this 5th day of July, 2016:

> Darlene E. Chavers, Esq.
> 6161 Busch Boulevard
> Columbus, Ohio 43229
>
> *Counsel for Plaintiffs Tiffany L.*
> *Chavers and Pamela B. Diggs*

/s/   Bryan R. Faller

COLUMBUS/1812356v.2